AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of

MASSACHUSETTS

CEINORIUS ET, AL.

V.

FRANCO AND HADAYIA

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**03 12270 RWZ**

TO: (Name and address of Defendant)

ARTHUR FRANCO
59 TAYLOR STREET
NEW BEDFORD, MA 02747

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

DAVID J. BERG
30-31 UNION WHARF
BOSTON, MA 02109

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE 12-22-03

FILED IN CLERK'S OFFICE
2004 JAN 12 P 3:06
U.S. DISTRICT COURT
DISTRICT OF MASS.

**Bristol County Deputy Sheriffs' Office • P.O. Box 8928 • New Bedford, MA 02742-0928 • (508) 992-6631**

*Bristol, ss.*

December 31, 2003

I hereby certify and return that on 12/30/2003 at 11:30 am I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of Arthur Franco, 59 Taylor Street New Bedford, MA and by mailing first class mail to the above-mentioned address on 12/30/2003. Copies ($4.00), Conveyance ($0.75), Travel ($22.70), Basic Service Fee ($20.00), Postage and Handling ($3.25), Attest Fee ($10.00) Total Charges $60.70

Deputy Sheriff Floyd L Carr

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date                  *Signature of Server*

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.