# UNITED STATES DISTRICT COURT

District of Massachusetts

Ceinorius et. al.

V.

Franco and Hadayia

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 03 12270 RWZ

TO: (Name and address of Defendant)

John Hadayia
7 alleyne St.
West Roxbury, MA  02120

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

David J. Berg
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA  02109

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                    Date                    Signature of Server

_____
Address of Server

---

Suffolk, ss.                                                January 12, 2004

I hereby certify and return that on 12/22/2003 at 10:10:00 AM I served a true and attested copy of the Summons and Complaint in this action in the following manner: To wit, by leaving at the last and usual place of abode of John Hadayia, , 7 Alleyne Street, , West Roxbury, MA 02747. Basic Service Fee (LU) ($25.00), Conveyance ($3.00), Travel ($6.40), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $40.40

Deputy Sheriff Michael Finn                    /s/ Michael [signature]
                                                Deputy Sheriff



Suffolk County Sheriff's Department • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999