UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALDEMARAS CEINORIUS,<br>VITALIJ CHRISONOPULO,<br>FIODOR IGNATOV,<br>VIKTOR KUZNECOV,<br>ANATOLIJ MATVEJEV,<br>NIKOLAJ NIKULIN,<br>VALERIJ POTAPOV, and<br>VLADIMIR ULJANOV,<br>    Plaintiffs<br><br>V.<br><br>ARTHUR FRANCO and<br>JOHN G. HADAYIA,<br>    Defendants | Civil Action<br><br>No. 03-CV-12270-RWZ |

## MOTION FOR DEFAULT OF DEFENDANT FRANCO

NOW COME the Plaintiffs and states as follows:

1. Service was made on Defendant Franco on December 30, 2003. Return of service was made to the Court by letter dated January 9, 2004.

2. Defendant Franco has not answered the Complaint.

3. Defendant Franco is, upon information and belief, not in the United States military, and thus not eligible for relief under the Soldiers and Sailors Relief Act.

WHEREFORE, the Plaintiffs respectfully request that a default be entered against Defendant Arthur Franco.

Respectfully submitted for the Plaintiffs,

by their attorney,

_____
David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000

2