UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Valdemaras Ceinorius et al
                Plaintiff

CIVIL ACTION

NO. 03-CV-12270-AWZ

V.

Arthur Franco
                Defendant

## NOTICE OF DEFAULT

Upon application of the Plaintiff, Valdemaras Ceinorius et AL for an order of Default for failure of the Defendant, Arthur Franco, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 10th day of March, 2004.

TONY ANASTAS
CLERK OF COURT

By: _____
        Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 12/98)                                              [ntcdflt.]