UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Valdemaras Ceinorius et al
_____
Plaintiff

V.

John G. Hadayia
_____
Defendant

CIVIL ACTION

NO. 03-cv-12270-RWZ

### NOTICE OF DEFAULT

Upon application of the Plaintiff, Valdemaras Ceinorius et al for an order of Default for failure of the Defendant, John G. Hadayia _____, to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendant has been defaulted this 10th day of March, 2004.

TONY ANASTAS
CLERK OF COURT

By: _____
Deputy Clerk

Notice mailed to:

(Default Notice.wpd - 12/98)                                                                 [ntcdflt.]