UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

FILED
[ILLEGIBLE] OFFICE

2004 JUL 15 P 12: 18

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| VALDEMARAS CEINORIUS,<br>VITALIJ CHRISONOPULO,<br>FIODOR IGNATOV,<br>VIKTOR KUZNECOV,<br>ANATOLIJ MATVEJEV,<br>NIKOLAJ NIKULIN,<br>VALERIJ POTAPOV, and<br>VLADIMIR ULJANOV,<br>    Plaintiffs<br><br>V.<br><br>ARTHUR FRANCO and<br>JOHN G. HADAYIA,<br>    Defendants | Civil Action<br><br>No. 03-CV-12270-RWZ |

## MOTION FOR DEFAULT JUDGMENT

NOW COME the Plaintiffs, and move for default judgment against the Defendants for the reasons set forth in the attached memorandum of law.

WHEREFORE, the Plaintiffs respectfully request the following relief:

A.   That default judgments be entered in favor of the Plaintiffs in the following amounts:

Ceinorius      $3,817.42, plus treble damages, for a total of $15,269.68.

Chrisonopulo   $5,920.00, plus treble damages, for a total of $23,680.00.

Ignatov        $3,772.42, plus treble damages, for a total of $15,089.68.

Kuznecov       $13,399.00, plus treble damages, for a total of $53,596.00.

Matvejev       $4,035.00, plus treble damages, for a total of $16,140.00.

Nikulin        $9,049.17, plus treble damages, for a total of $36,196.68.

Potapov        $12,264.00, plus treble damages, for a total of $49,056.00.

Uljanov        $4,212.00, plus treble damages, for a total of $16,848.00.

    B.    That they be awarded attorneys fees and costs in the amount of $4,861.03.

    C.    For such other and further relief as may be just.

Respectfully submitted for the Plaintiffs,
by their attorney,

_/s/ David J. Berg_

David J. Berg, Esq.
Latti & Anderson LLP
30-31 Union Wharf
Boston, MA 02109
617-523-1000
