UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALDEMARAS CEINORIUS, )<br>VITALIJ CHRISONOPULO, )<br>FIODOR IGNATOV, )<br>VIKTOR KUZNECOV, )<br>ANATOLIJ MATVEJEV, )<br>NIKOLAJ NIKULIN, )<br>VALERIJ POTAPOV, and )<br>VLADIMIR ULJANOV, )<br>    Plaintiffs )<br> )<br>V. )<br> )<br>ARTHUR FRANCO and )<br>JOHN G. HADAYIA, )<br>    Defendants ) | Civil Action<br><br>No. 03-CV-12270-RWZ |

### AFFIDAVIT OF DAVID J. BERG

1. I am David J. Berg, and I am counsel to the Plaintiffs in this case.

2. While I customarily use contingent fee agreements with my clients (and did with the instant Plaintiffs), I represent some clients in front of the Department of Labor in Longshore cases, and bill my services at $200 per hour in those cases.

3. The attached bill is an accurate statement of the time that I have spent on this case and of the costs that my firm has incurred in this case.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY

_7/14/04_  
Date

_/s/ David J. Berg_  
David J. Berg

## BILL

| Date | Description | Hours |
|---|---|---|
| 8/22/03 | review correspondence from Mr. Pavlakis re potential case, research information about defendants | 2.0 |
| 8/25/03 | more research about defendants, discussion with Attorney Latti, email to Mr. Pavlakis re whether to take case | 1.5 |
| 8/26/03 | review Ms. Latti's email to Mr. Pavlakis | 0.2 |
| 8/29/03 | review fax from Mr. Pavlakis, discuss case with other lawyers | 0.6 |
| 9/26/03 | review email from Mr. Pavlakis, response email | 0.5 |
| 9/29/03 | review email from Mr. Pavlakis, letter to USCG re abstract of title | 0.3 |
| 10/6/03 | review info from USCG | 0.2 |
| 10/9/03 | review fax from Mr. Pavlakis re client info | 0.5 |
| 10/20/03 | organize client material for file, email Mr. Pavlakis re same | 1.0 |
| 10/21/03 | review vessel mortgage | 0.1 |
| 10/28/03 | continue organizing client material, draft complaint, further research on defendants, letter to Mr. Pavlakis re fee agreements | 2.7 |
| 10/30/03 | revise complaint, draft letter to AG re Mass wage loss claim | 1.7 |
| 10/31/03 | read fax from Mr. Pavlakis, review asset check on Mr. Hadayia, research law on preliminary injunctions | 0.8 |
| 11/3/03 | revise letter to AG, research law on attachments, review asset check on Mr. Franco, discuss case with investigator | 0.8 |
| 11/7/03 | revise complaint | 0.2 |
| 11/10/03 | finalize complaint, seaman's affidavit, and cover sheet, letter to court, review additional documents sent by Mr. Pavlakis, send | 1.0 |
| 11/14/03 | discuss case with secretary, prepare civil action category sheet | 0.3 |
| 11/18/03 | review notices from court and letters from AG | 0.3 |
| 11/19/03 | prepare service of process | 0.3 |
| 11/20/03 | revise amended complaint, letter to court re filing | 0.3 |
| 11/25/03 | 2 letters to process server | 0.3 |
| 12/11/03 | letter to Mr. Pavlakis | 0.2 |
| 12/24/03 | letter to process server | 0.2 |
| 1/9/04 | letter to court re return of service | 0.2 |
| 1/13/04 | letter to court re return of service | 0.2 |
| 1/19/04 | t/c with Mr. Franco | 0.1 |
| 1/23/04 | t/c with Attorney Flanagan re the case | 0.3 |
| 2/4/04 | t/c with Attorney Flanagan re the case | 0.1 |
| 2/11/04 | t/c with Attorney Calabro re the case | 0.1 |
| 2/17/04 | review fax from Attorney Calabro, draft motion for default against Hadayia | 0.3 |
| 2/20/04 | t/c with Attorney Calabro re the case, finish and file motion for | 0.5 |
| 2/27/04 | review file, message to Attorney Calabro re answer | 0.1 |
| 3/3/04 | t/c with Attorney Calabro, prepare motion for default against | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 3/29/04 | review file, review law on default judgments, email to Pavlakis | 0.5 |
| 5/12/04 | prepare affidavits for clients to sign, email to Pavlakis | 1.5 |
| 6/21/04 | email to Pavlakis | 0.1 |
| 6/28/04 | research default judgment, draft motion and memo for default judgment | 1.0 |
| 6/29/04 | email to Pavlakis | 0.1 |
| 7/8/04 | revise motion and memo for default judgment | 0.2 |
| 7/12/04 | revise motion and memo for default judgment, research law on chapter 149 and attorney's fees | 1.0 |
| 7/14/04 | finish motion and memo for default judgment, letter to court re | 1.0 |
| Total | | 20.4 |

At $200 per hour     $4,080.00

Costs

| | |
|---|---|
| private investigation fee to locate defendants and potential assets | 500.00 |
| service of summons on defendants | 121.10 |
| United States Coast Guard National Vessel Documentation Center to determine ownership of defendants' vessel | 4.00 |
| West Group (WESTLAW) | 42.13 |
| photocopying | 13.80 |
| Total | 781.03 |

TOTAL     $4,861.03