UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALDEMARAS CEINORIUS,<br>VITALIJ CHRISONOPULO,<br>FIODOR IGNATOV,<br>VIKTOR KUZNECOV,<br>ANATOLIJ MATVEJEV,<br>NIKOLAJ NIKULIN,<br>VALERIJ POTAPOV, and<br>VLADIMIR ULJANOV,<br>    Plaintiffs<br><br>V.<br><br>ARTHUR FRANCO and<br>JOHN G. HADAYIA,<br>    Defendants | Civil Action<br><br>No. 03-CV-12270-RWZ |

## AFFIDAVIT OF VITALIJ CHRISONOPULO

1. I am Vitalij Chrisonopulo, Kauno str. 13-45, Klaipeda, Lithuania.

2. From May 22, 2002 to September 24, 2002, I was a member of the crew of the Tug SEA GIANT.

3. I was not paid all of my wages for my service on the Tug SEA GIANT.

4. I am still owed $5,875.00 in wages, plus $45 for my visa, for a total debt of $5,920.00.

5. At the end of my service on the Tug SEA GIANT, the Defendant John G. Hadayia, on behalf of the vessel, signed and gave me a Guarantee Letter in which he, on behalf of the vessel, acknowledged this debt.

6. The original of this Guarantee Letter is attached as Exhibit A to this Affidavit.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY

21st May, 2004
*21 of May 2004*
Date

*[VITALIJ CHRISONOPULO]*
Vitalij Chrisonopulo

## AFFIDAVIT OF INTERPRETER

I certify that this affidavit was signed in my presence, that I correctly and accurately translated this affidavit from English into Russian, and that Vitalij Chrisonopulo acknowledged that he fully understood its contents and meaning.

SUBSCRIBED AND SWORN TO UNDER THE PAINS AND PENALTIES OF PERJURY

21st May, 2004

_21 May 2004_
Date

_(signature) (Liudvika Urbonaviciute)_
Interpreter – Ms. Liudvika Urbonavičiutė
H. Manto str. 1, LT-5801 Klaipeda, Lithuania