UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALDEMARAS CEINORIUS,<br>VITALIJ CHRISONOPULO,<br>FIODOR IGNATOV,<br>VIKTOR KUZNECOV,<br>ANATOLIJ MATVEJEV,<br>NIKOLAJ NIKULIN,<br>VALERIJ POTAPOV, and<br>VLADIMIR ULJANOV,<br>     Plaintiffs<br><br>V.<br><br>ARTHUR FRANCO and<br>JOHN G. HADAYIA,<br>     Defendants | Civil Action<br><br>No. 03-CV-12270-RWZ |

## ORDER AND JUDGMENT

The Plaintiffs are awarded damages for their lost wages as follows:

| | |
|---|---|
| Ceinorius | $3,817.42 |
| Chrisonopulo | $5,920.00 |
| Ignatov | $3,772.42 |
| Kuznecov | $13,399.00 |
| Matvejev | $4,035.00 |
| Nikulin | $9,049.17 |
| Potapov | $12,264.00 |
| Uljanov | $4,212.00 |

The Plaintiffs are also awarded treble damages, pursuant to M.G.L. c. 149, §150, in the following amounts:

| | |
|---|---|
| Ceinorius | $11,452.26 |

Chrisonopulo  $17,760.00

Ignatov       $11,317.26

Kuznecov      $40,197.00

Matvejev      $12,105.00

Nikulin       $27,147.51

Potapov       $36,792.00

Uljanov       $12,636.00

Judgment is entered for the Plaintiffs in the following amounts:

Ceinorius     $15,269.68

Chrisonopulo  $23,680.00

Ignatov       $15,089.68

Kuznecov      $53,596.00

Matvejev      $16,140.00

Nikulin       $36,196.68

Potapov       $49,056.00

Uljanov       $16,848.00

The Plaintiffs are also awarded their reasonable attorneys fees and costs, pursuant to M.G.L. c. 149, §150, in the amount of $4,861.03.

Rya W. Zobel
United States District Judge

Dated: