SCANNED
DATE 08/16/04
Sky

UNITED STATES DISTRICT COURT
for the
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| VALDEMARAS CEINORIUS, ) <br> VITALIJ CHRISONOPULO, ) <br> FIODOR IGNATOV, ) <br> VIKTOR KUZNECOV, ) <br> ANATOLIJ MATVEJEV, ) <br> NIKOLAJ NIKULIN, ) <br> VALERIJ POTAPOV, and ) <br> VLADIMIR ULJANOV, ) <br>         Plaintiffs ) <br> ) <br> V. ) <br> ) <br> ARTHUR FRANCO and ) <br> JOHN G. HADAYIA, ) <br>         Defendants ) | Civil Action <br><br> No. 03-CV-12270-RWZ |

### ORDER AND JUDGMENT

The Plaintiffs are awarded damages for their lost wages as follows:

| | |
|---|---|
| Ceinorius | $3,817.42 |
| Chrisonopulo | $5,920.00 |
| Ignatov | $3,772.42 |
| Kuznecov | $13,399.00 |
| Matvejev | $4,035.00 |
| Nikulin | $9,049.17 |
| Potapov | $12,264.00 |
| Uljanov | $4,212.00 |

The Plaintiffs are also awarded treble damages, pursuant to M.G.L. c. 149, §150, in the following amounts:

Ceinorius    $11,452.26

Chrisonopulo   $17,760.00

Ignatov        $11,317.26

Kuznecov       $40,197.00

Matvejev       $12,105.00

Nikulin        $27,147.51

Potapov        $36,792.00

Uljanov        $12,636.00

    Judgment is entered for the Plaintiffs in the following amounts:

Ceinorius      $15,269.68

Chrisonopulo   $23,680.00

Ignatov        $15,089.68

Kuznecov       $53,596.00

Matvejev       $16,140.00

Nikulin        $36,196.68

Potapov        $49,056.00

Uljanov        $16,848.00

    The Plaintiffs are also awarded their reasonable attorneys fees and costs, pursuant to M.G.L. c. 149, §150, in the amount of $4,861.03.

                                                           _____
                                                           Rya W. Zobel
                                                           United States District Judge
                                                           8/19/04

Dated: