UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-CV-12270-RWZ

VALDEMARAS CEINORIUS et al.

v.

ARTHUR FRANCO and JOHN G. HADAYIA

ORDER

July 19, 2021

ZOBEL, S.D.J.

On August 19, 2004, a default judgment was entered against Defendant John G. Hadayia in connection with Plaintiffs' allegations that he failed to pay them for work performed on board his tug boat. (Docket ## 2, 21). Now, seventeen years later, Defendant seeks to vacate the judgment due to improper service, (Docket # 26), which Plaintiffs oppose, (Docket # 24).

Whether service to Alleyne Street was proper is difficult to discern due to seriously disputed facts. The parties are therefore given leave to conduct discovery as appropriate on that issue alone. By October 20, 2021, each party shall file a supplemental brief with evidence in support of their respective positions.

July 19, 2021
DATE

RYA W. ZOBEL
UNITED STATES DISTRICT JUDGE

1